## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:                                          Bankruptcy No. 11-25728-GLT
Lynn Martha Savage                              Chapter 7
       Debtor

Lynn Martha Savage
       Movant

           v.
No Respondents.

### NOTICE OF CHANGE OF ADDRESS

     I, Lawrence R. Burns, Esquire, hereby verify that the Debtor's new residence

address is: 1927 Alcoa Drive, Arnold, Pennsylvania 15068.

RESPECTIVLY SUBMITTED:

Dated:  7/18/2016                               /s/Lawrence R. Burns_____
                                                Lawrence R. Burns, Esquire
                                                231 S. Main Street Suite 310
                                                Greensburg PA 15601
                                                PA I.D. #21825
                                                724-834-2002